FURTADO LAW PC
David J. Furtado (State Bar No. 232022)
4532 West Imperial Highway
Inglewood, CA 90304
Telephone: (310) 299-7997
Email: dfurtado@furtadolaw.com

Attorneys for Plaintiff,
PHILIP LEVENS

WESTON & McELVAIN LLP
Randy M. McElvain (State Bar No. 137046)
Joel A. Graboff (State Bar No. 316900)
1960 East Grand Avenue, Suite 400
El Segundo, CA 90245
Telephone: (213) 596-8000
Facsimile: (213) 596-8039
E-mail: rmcelvain@wmattorneys.com
jgraboff@wmattorneys.com

Attorneys for Defendant,
TRAVELERS COMMERCIAL
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP LEVENS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> TRAVELERS COMMERCIAL INSURANCE COMPANY, and DOES 1 through 25, inclusive, <br><br> Defendants. | CASE NO. 2:21-cv-00555-AB (AFMx) <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> Action Filed: December 15, 2020 <br> Action Removed: January 21, 2021 <br> Trial Date: July 19, 2022 |

**TO THE HONORABLE COURT:**

    **PLEASE TAKE NOTICE THAT,** pursuant to United States District Court for the Central District of California Local Rule 40-2, Plaintiff Philip Levens and Defendant Travelers Commercial Insurance Company (collectively "Parties"), by

and through their respective attorneys of record, hereby notify the Court that the Parties have reached a settlement as to all claims and issues in this action.

The Parties are finalizing the settlement agreement and anticipate that a Stipulation to Dismiss this action with prejudice will be filed within 45 days, with each side to bear their respective attorneys' fees and costs. As such, the Parties request that this Court vacate all future dates associated with this action, including the Final Pretrial Conference and Trial.

Pursuant to Local Rule 5-4.3.4(a)(2), the undersigned filer attests that all signatories concur in the filing's content and have authorized the filing with electronic signatures.

DATED: December 22, 2021    FURTADO LAW PC

/s/David J. Furtado
David J. Furtado
Attorneys for Plaintiff
PHILIP LEVENS

DATED: December 22, 2021    WESTON & McELVAIN LLP

/s/Joel A. Graboff
Randy M. McElvain
Joel A. Graboff
Attorneys for Defendant
TRAVELERS COMMERCIAL INSURANCE COMPANY

*Levens v. Travelers*
USDC – CACD Case No. 2:21-cv-00555-AB (AFMx)

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

I, FELICIA BALL, declare:

    I am employed in the County of Los Angeles, state of California. I am over the age of 18 and not a party to the within action; my business address is 1960 E. Grand Avenue, Suite 400, El Segundo, California 90245.

    On **December 22, 2021**, I served a copy of the following document:

**JOINT NOTICE OF SETTLEMENT**

by electronically filing the foregoing document with the Clerk of the United States District Court, Central District, using its ECF system, which electronically notifies the persons on the attached service list at the email addresses registered with the ECF System.

    I declare under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

    Executed on **December 22, 2021,** at Inglewood, California.

*Felicia Ball*
FELICIA BALL

*Levens v. Travelers*
USDC – CACD Case No. 2:21-cv-00555-AB (AFMx)

**SERVICE LIST**

1

2 | David J. Furtado
**FURTADO LAW PC**
3 | 4532 West Imperial Highway
Inglewood, CA 90304

4

*and*

5

923 E. Valley Boulevard
6 | Suite 103B
San Gabriel, CA  91778

7

T. (310) 299-7997
8 | Email: dfurtado@furtadolaw.com

9

*Attorneys for Plaintiff*
10 | **PHILIP LEVENS**