JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP LEVENS, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY, and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 2:21-CV-00555-AB (AFMx)<br><br>**ORDER DISMISSING CIVIL ACTION AND VACATING ALL UPCOMING DATES AND DEADLINES** |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **sixty (60) days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  All upcoming dates and deadlines are **VACATED**.

Dated:  December 27, 2021    _____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.