JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP LEVENS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY, and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:21-cv-00555-AB (AFMx)<br><br>**ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE** |

The Court having considered the Stipulation to Dismiss the Entire Action with Prejudice filed by Plaintiff Philip Levens and Defendant Travelers Commercial Insurance Company, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The entire action is dismissed with prejudice, and

2. Each Party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: February 03, 2022

By: _____
Honorable André Birotte Jr.
United States District Court